UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| BRYAN KENNETH DARDEN, ) <br> ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> FRANK J. BISIGNANO, ) <br> *Commissioner of Social Security* ) <br> ) <br> Defendant. ) | **JUDGMENT** <br><br> No. 5:24-CV-254-BM |

**Decision by Court.**

**This action came before the U.S. Magistrate Judge Brian S. Meyers for consideration on Plaintiff's brief and Commissioner of Social Security's response.**

**IT IS ORDERED, ADJUDGED AND DECREED**:
The court denies Plaintiff's brief [DE-12], allows Defendant's brief [DE-15], and AFFIRMS the final decision of the Commissioner.

<u>This Judgment Filed and Entered on September 24, 2025 with service on:</u>
Bryan Konoski (via CM/ECF Notice of Electronic Filing)
Wanda D. Mason (via CM/ECF Notice of Electronic Filing)
Mark Dorval (via CM/ECF Notice of Electronic Filing)
Samantha Zeiler (via CM/ECF Notice of Electronic Filing)

                                          PETER A. MOORE, JR., CLERK

                                          /s/ Carson Pendergrass
                                          (By): Carson Pendergrass, Deputy Clerk